IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ACCIDENT INJURY CENTERS OF ATLANTA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT** |
| v. | ) | |
| | ) | Case No. 1:15-CV-0803 |
| | ) | |
| BUCKHEAD PAIN SPECIALISTS, LLC and ERIC JORDAN SCHENENDORF, | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to FRCP 7.1 and Local Rule of the Northern District of Georgia 3.3, Plaintiff Accident Injury Centers of Atlanta, Inc. ("AICA") submits this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for Plaintiffs in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

Accident Injury Centers of Atlanta, Inc.
Buckhead Pain Specialists, LLC
Eric Schenendorf, DC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Michael Basille
Kenneth Basille

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Joel Ferdinand, counsel for the Plaintiff
Kenneth Thompson, counsel for the Plaintiff
Matthew Pulliam, counsel for the Defendant

Respectfully submitted this 30th day of June, 2015

**FISHERBROYLES LLP**

/s/ Kenneth Thompson, Jr.
JOEL M. FERDINAND
Georgia Bar No. 583127
KENNETH THOMPSON, JR.
Georgia Bar No. 708706

Northpark Town Center
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, GA 30328
Phone: Ferdinand - (404) 973-2180

Phone: Thompson - (770) 722-7404
Email: joel.ferdinand@fisherbroyles.com
Email: kenneth.thompson@fisherbroyles.com

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of June, 2015, Plaintiff Accident Injury Centers of Atlanta, Inc. served the within and foregoing Certificate of Interested Persons and Corporate Disclosure Statement upon counsel for Defendants Buckhead Pain Specialists, LLC and Eric Schenendorf via the Court's CM/ECF system.

**FISHERBROYLES LLP**

/s/ Kenneth Thompson, Jr.
KENNETH THOMPSON, JR.
Georgia Bar No. 708706